UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                :
MATTHEW NG,                              :
                :
          Plaintiff,    :
                :          25-CV-7855 (VSB)
     -against-        :
                :          **ORDER OF SERVICE**
AMGUARD INSURANCE COMPANY,    :
                :
         Defendant.   :
                :
------------------------------------------------------------ X

VERNON S. BRODERICK, United States District Judge:

       Plaintiff, who is proceeding *pro se*, paid the filing fees to commence this action.

       The Clerk of Court is directed to issue a summons as to Defendant AmGuard Insurance Company. Plaintiff is directed to serve the summons and complaint on Defendant within 90 days of the issuance of the summons.[1]

       If within those 90 days, Plaintiff has not either served Defendant or requested an extension of time to do so, the Court may dismiss the claims against Defendant under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

       If Plaintiff seeks electronic filing privileges, he must fill out the Consent to Electronic Service Form, which is available on the webpage titled *Representing Yourself in Federal Court (Pro Se)* on the Southern District of New York's website, https://nysd.uscourts.gov/prose.

---

[1] Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that a summons be served within 90 days of the date the complaint is filed, the summons in this case was not issued when Plaintiff filed the complaint because he had not paid the filing fee. The Court therefore extends the time to serve until 90 days after the date the summons is issued.

SO ORDERED.

Dated: October 24, 2025
      New York, New York

                                                        Vernon S. Broderick
                                                  United States District Judge